UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 10-31360 |
|---|---|
| William S Roache | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072192**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 1 | PHH MORTGAGE CORPORATION<br>2001 BISHOPS GATE BLVD<br>ATTN: CASH MANAGEMENT<br>MAIL STOP SBRP<br>MT LAUREL, NJ  08054 | 20.80 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2011

Certificate of Service              10-31360

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| William S Roache | LESTER R THOMPSON | (1.3) |
| --- | --- | --- |
| 5344 Mariner Drive | 1340 WOODMAN DR | PHH MORTGAGE CORPORATION |
| Dayton, OH  45424 | DAYTON, OH  45432 | 2001 BISHOPS GATE BLVD |
| | | MOUNT LAUREL, NJ  08054-4604 |
| (1.1) | (25.1n) | (32.1n) |
| PHH MORTGAGE CORPORATION | STEVEN H PATTERSON | Wells Fargo Bank, NA |
| 2001 BISHOPS GATE BLVD | LERNER SAMPSON & ROTHFUSS | 2nd Floor |
| ATTN: CASH MANAGEMENT | BOX 5480 | 13675 Technology Dr. |
| MAIL STOP SBRP | CINCINNATI, OH  45201-5480 | Building C |
| MT LAUREL, NJ  08054 | | Eden Prairie, MN  55344-2252 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv